SRN REALTY, LLC, Appellant, v SCARANO ARCHITECT, PLLC, et al., Respondents.

Submitted September 29, 2014; decided November 20, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of STATE OF NEW YORK, Respondent, v CLAUDE McC., Appellant.

Submitted October 6, 2014; decided November 20, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ELAINE D. WARD, Respondent, v CITY OF NEW YORK et al., Appellants.

Submitted October 20, 2014; decided November 20, 2014

Motion for reargument denied [*see* 23 NY3d 1046 (2014)].